UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLACIDO GONZALES, | ) | NO. ED CV 12-0414 PSG (FMO) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| BOLES BISHAY, M.D., et al., | ) | |
| Defendants. | ) | |

On May 8, 2012, plaintiff, proceeding pro se, filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983. On June 29, 2012, plaintiff filed a First Amended Complaint ("FAC"). On July 20, 2012, the court's Order Directing Service of Process by the United States Marshal, and the court's Oder Re: Service of Process by the United States Marshal, both filed on July 11, 2012, were returned to the court undelivered and marked "Return to Sender. Inmate no Longer at CIM." Pursuant to Local Rule 41-6, plaintiff has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Plaintiff is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. See Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff

fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.") (italics in original).

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file with the court a Notice of Change of Address no later than **August 7, 2012**.

2. **Plaintiff's failure to timely comply with this Order or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

Dated this 24th day of July, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge