# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLACIDO GONZALES, | NO. ED CV 12-0414 PSG (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BOLES BISHAY, M.D., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Dated this 23rd day of August, 2012.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE